

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Charles Mandeville  v.  Deborah Mandeville

Appellate case number:   01-15-00119-CV

Trial court case number:  14-DCV-211809

Trial court:                    387th District Court of Fort Bend County

Date motion filed:          December 8, 2015

Party filing motion:        Charles Mandeville

     It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Rebeca Huddle
                      ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Higley, Huddle, and Lloyd


Date:  December 22, 2015